IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jin Nung Zhang, Individually and d/b/a Bamboo Garden Chinese Restaurant; Alamo Creek Professional Center, a California general partnership,<br><br>　　　　　Defendants.<br>_____ | 2:11-cv-02304-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

　　　　The Plaintiff's Status Report filed October 24, 2011, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 7, 2011 is continued to January 30, 2012, commencing at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

　　　　Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant. To avoid dismissal, on or before December 30, 2011, Plaintiff

shall file proof of service for any unserved defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  October 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge