IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,                  )
                                   )   2:11-cv-02304-GEB-GGH
            Plaintiff,             )
                                   )
      v.                           )   ORDER CONTINUING STATUS
                                   )   (PRETRIAL SCHEDULING)
Jin Nung Zhang, Individually and   )   CONFERENCE; FED. R. CIV. P.
d/b/a Bamboo Garden Chinese        )   4(M) NOTICE
Restaurant; Alamo Creek            )
Professional Center, a             )
California general partnership,    )
                                   )
            Defendants.            )
_____   )

          The Plaintiff's Status Report filed October 24, 2011, reveals

this case is not ready to be scheduled. Therefore, the Status (Pretrial

Scheduling) Conference scheduled for hearing on November 7, 2011 is

continued to January 30, 2012, commencing at 9:00 a.m. A further joint

status report shall be filed no later than fourteen (14) days prior.

          Further, Plaintiff is notified under Rule 4(m) of the Federal

Rules of Civil Procedure that any defendant not served with process

within the 120 day period prescribed in that Rule may be dismissed as a

defendant. To avoid dismissal, on or before December 30, 2011, Plaintiff

shall file proof of service for any unserved defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  October 25, 2011

GARLAND E. BURRELL, JR.
United States District Judge